## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AN VAN VO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | )    **Case No. CIV-26-727-D** |
| WARDEN OF DIAMONDBACK | ) |
| DETENTION FACILITY et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

The Court orders Respondents to file a response to Petitioner's Emergency Motion for Preliminary Injunction by April 30, 2026. Doc. 14.

**SO ORDERED** this 27th day of April, 2026.

_____

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE