**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AN VO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-727-D |
| | ) | |
| WARDEN OF DIAMONDBACK | ) | |
| DETENTION FACILITY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner An Vo filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Injunctive Relief [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 4].

On May 11, 2026, Judge Mitchell issued a Report and Recommendation [Doc. No. 25], in which she recommends that the Court dismiss Petitioner's habeas petition as moot. Specifically, Judge Mitchell concludes that Petitioner's recent removal to Vietnam renders his habeas petition moot. *See, e.g., Sule v. I.N.S.*, 189 F.3d 478, 1999 WL 668716, at *1 (10th Cir. 1999) (unpublished table decision) (concluding an immigration detainee's release from immigration custody through deportation "mooted his challenge to the legality of his detention").

In her report, Judge Mitchell notified Petitioner of his right to file an objection to the report on or before May 25, 2026, and that the failure to object waives Petitioner's right

to appellate review of both factual and legal issues contained in the report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Upon review of the file and noting no timely objection to the findings and recommendations of the magistrate judge, the Court **ADOPTS** the Report and Recommendation [Doc. No. 25] in its entirety.

For the reasons stated therein, Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Request for Injunctive Relief [Doc. No. 1] is **DISMISSED** as **MOOT**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 27th day of May, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE